1  MAYER BROWN LLP
   ELIZABETH MANN (SBN 106524)
2  *emann@mayerbrown.com*
   STEVEN E. RICH (SBN 198412)
3  *srich@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
4  Los Angeles, CA  90071-1503
   Telephone:  (213) 229-9500
5  Facsimile:    (213) 625-0248

6  MAYER BROWN LLP
   LUCIA NALE
7  *lnale@mayerbrown.com*
   DEBRA BOGO-ERNST
8  *dernst@mayerbrown.com*
   STEPHEN J. KANE
9  *skane@mayerbrown.com*
   71 South Wacker Drive
10 Chicago, IL 60606
   Telephone:  (312) 782-0600
11 Facsimile:    (312) 701-7711
   (*Admitted Pro Hac Vice*)

12
   Attorneys for Defendant
13 CITIMORTGAGE, INC.

14
                    **UNITED STATES DISTRICT COURT**
15
        **CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION**
16

17 | MARC MATA and SHERRY MARSHALL, individually and on behalf of all others similarly situated, | Case No. CV10-9167 DSF (PLAx) |
| --- | --- |
|  | **DEFENDANT CITIMORTGAGE, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE CLASS ALLEGATIONS** |
| Plaintiffs, |  |
| v. | Date:     July 16, 2012 |
| CITIMORTGAGE, INC., a New York corporation; BANK OF AMERICA, N.A., a national banking association; All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiffs' Title, or Any Cloud on Plaintiffs' Title Thereto; and DOES 1 through 10, inclusive, | Time:     1:30 p.m. |
|  | Judge:    Hon. Dale S. Fischer |
|  | *[Memorandum in Support; Declaration of Steven E. Rich in Support; [Proposed] Order concurrently filed herewith]* |
| Defendants. |  |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 16, 2012 at 1:30 p.m., or as soon thereafter as counsel may be heard, in Courtroom 840 of the United States District Court, Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012, Defendant CitiMortgage, Inc. ("Citi"), by and through its undersigned attorneys, will move this Court for an order striking class allegations in the Fourth Amended Class Action Complaint ("FAC"), relating to putative class members whose mortgages were sold by ABN AMRO Mortgage Group, Inc. to Merrill Lynch Bank USA as part of the same group or pool of loans that included the named Plaintiffs' loan ("Pool Class").

This Motion is brought pursuant to Federal Rule of Civil Procedure 12(f) and other authority which authorize the Court to strike from any pleading class allegations prior to discovery.  Further, this Motion is brought on the grounds that Plaintiffs' Pool Class, among other things, fails to meet Rule 23(a)'s requirements of commonality, typicality, and adequacy of representation, fails to satisfy any of the requirements of Rule 23(b), and is not ascertainable.

This Motion is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities and Declaration of Steven E. Rich, the pleadings, papers, and other documents previously filed with the Court in this action, and on such oral argument as may be presented at the hearing on this Motion.  For the reasons provided in the Memorandum, Citi respectfully requests that the Court strike the class allegations set forth in FAC ¶ 27(a) and all related class allegations in the FAC.

/ / /
/ / /
/ / /
/ / /

1    This Motion is made following the conference of counsel pursuant to Local

2    Rule 7-3, which took place on June 6, 2012.

3

4    Dated:  June 18, 2012                    MAYER BROWN LLP
                                              ELIZABETH MANN
5                                             STEVEN E. RICH

6

7                                             By: /s/ Elizabeth Mann
                                                  Elizabeth Mann
8                                             Attorneys for Defendant CitiMortgage, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28