```
 1  MAYER BROWN LLP
    ELIZABETH MANN (SBN 106524)
 2  emann@mayerbrown.com
    STEVEN E. RICH (SBN 198412)
 3  srich@mayerbrown.com
    350 South Grand Avenue, 25th Floor
 4  Los Angeles, CA  90071-1503
    Telephone:  (213) 229-9500
 5  Facsimile:   (213) 625-0248

 6  MAYER BROWN LLP
    LUCIA NALE
 7  lnale@mayerbrown.com
    DEBRA BOGO-ERNST
 8  dernst@mayerbrown.com
    STEPHEN J. KANE
 9  skane@mayerbrown.com
    71 South Wacker Drive
10  Chicago, IL 60606
    Telephone:  (312) 782-0600
11  Facsimile:   (312) 701-7711
    (Admitted Pro Hac Vice)
12
    Attorneys for Defendant
13  CITIMORTGAGE, INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| MARC MATA and SHERRY MARSHALL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York corporation; BANK OF AMERICA, N.A., a national banking association; All Persons Unknown, Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiffs' Title, or Any Cloud on Plaintiffs' Title Thereto; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV10-9167 DSF (PLAx)<br><br>**DECLARATION OF STEVEN E. RICH IN SUPPORT OF DEFENDANT CITIMORTGAGE, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE CLASS ALLEGATIONS**<br><br>Date:   July 16, 2012<br>Time:   1:30 p.m.<br>Judge:  Hon. Dale S. Fischer<br><br>*[Notice of Motion and Motion; Memorandum in Support; [Proposed] Order concurrently filed herewith]* |

**DECLARATION OF STEVEN E. RICH**

I, Steven E. Rich, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California. I am an associate at Mayer Brown LLP, attorneys of record for CitiMortgage, Inc. ("Citi"). I am submitting this declaration in support of Citi's Motion to Strike Class Allegations. I have personal knowledge of the facts stated herein and if called upon, could and would competently testify thereto.

2. Attached hereto as Exhibit A are true and correct copies of transcript excerpts from the September 26, 2011 hearing on Citi's Motion to Dismiss Second Amended Complaint.

3. Attached hereto as Exhibit B are true and correct copies of transcript excerpts from the March 5, 2012 hearing on Citi's Motion to Dismiss the Third Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of June, 2012, at Los Angeles, California.

Steven E. Rich