# Exhibit A

1

```
                  UNITED STATES DISTRICT COURT

                 CENTRAL DISTRICT OF CALIFORNIA

                              ---

          THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING




Marc Mata, et al.,                   )
                                     )
                  Plaintiffs,        )
                                     )
                                     )
vs.                                  )   Case No.
                                     )
                                     )   CV 10-9167-DSF(PLAx)
                                     )
CitiMortgage, Inc., et al.,          )
                                     )
                  Defendants.        )
                                     )
_____)




                REPORTER'S TRANSCRIPT OF PROCEEDINGS

                     Los Angeles, California

                   Monday, September 26, 2011


Pamela A. Batalo, CSR, FCRR
Official Reporter
Roybal Federal Building
255 East Temple Street
Room 181-I
Los Angeles, California  90012
(213) 687-0446
```

```
 1  APPEARANCES:
 2
 3   FOR PLAINTIFFS:          ARIAS, OZZELLO & GIGNAC, LLP
 4                            BY:  MARK F. DIDAK
 5                            HOWARD HUGHES CENTER
 6                            6701 CENTER DRIVE WEST
 7                            FOURTEENTH FLOOR
 8                            LOS ANGELES, CA 90045-1558
 9
10   FOR DEFENDANT            MAYER BROWN
11   CITIMORTGAGE, INC.,      BY:  STEVEN KANE
12   ET AL.:                  71 S. WACKER DRIVE
13                            CHICAGO, IL  60606
14
15                            MAYER BROWN
16                            BY:  STEVEN E. RICH
17                            350 S. GRAND AVENUE
18                            25TH FLOOR
19                            LOS ANGELES, CA  90071-1503
20
21   FOR BANK OF AMERICA      REED SMITH, LLP
22   NA:                      BY:  RAYMOND Y. KIM
23                            355 S. GRAND AVENUE
24                            SUITE 2900
25                            LOS ANGELES, CA  90071
```

```
 1            Los Angeles, California, Monday, September 26, 2011
 2                                 1:30 P.M.
 3                                  -oOo-
 4            THE CLERK:  Calling Item No. 7, CV 10-9167-DSF(PLAx),
 5   Marc Mata vs. CitiMortgage, Inc., et al.
 6            MR. DIDAK:  Good afternoon, your Honor.  Mark Didak --
 7   Arias, Ozzello & Gignac -- for the plaintiffs.
 8            MR. KANE:  Hello, your Honor.  Steven Kane and Steve
 9   Rich for the Citi defendants.
10            THE COURT:  Good afternoon.  I didn't so much call you
11   in here to talk about the motion as I did to try to figure out
12   how best to proceed in this case.  I have an order that I will
13   be ready to issue this week that will allow some of this
14   Complaint to survive, but only if it can be re-pled
15   appropriately.
16            But I do want to say -- because I see this all the
17   time, and it's really quite annoying -- this is not the way to
18   start off a Complaint.  It's particularly ineffective and
19   distracts from whatever point you're trying to make.  It is not
20   a short, plain statement and therefore not in compliance with
21   Rule 8.  I can't really tell what it is you want, much less what
22   I might be legally able to do, based on your claims, and I don't
23   think you can accomplish in a class action what you seem to be
24   hoping to accomplish here.
25            But, in any event, this case is not likely to proceed
```

1   as a class action.  I have an open mind, if you can convince me
2   otherwise, but based on the present state of the law, I don't
3   see it, certainly not with this class definition.
4           As I said, most of the motion will be granted, but
5   some aspects of the case will be permitted to proceed if they
6   can be properly amended, and you'll know what that's about when
7   you see my order.
8           What I want to know today is who owns the note?  Where
9   are the documents?
10          MR. KANE:  Your Honor, Steve Kane for Citi.
11          Our understanding is that Bank of America owns the
12  note and that CitiMortgage is merely servicing the note.
13          THE COURT:  And do you know if Bank of America agrees
14  with that?
15          MR. KANE:  Your Honor, I don't know that they --
16  whether they do or not.
17          MR. KIM:  I apologize.  I arrived late.  Raymond Kim
18  appearing on behalf of defendant, Bank of America NA.
19          THE COURT:  All right.  Does Bank of America own the
20  note?
21          MR. KIM:  Your Honor, based on our investigation thus
22  far, we haven't been able to find any information with respect
23  to Bank of America and this particular loan.
24          THE COURT:  And *our* means who?  Your law firm or Bank
25  of America?

```
 1  you are going to provide to counsel all of the documents
 2  relating to his client; that is, the named plaintiffs, Marc Mata
 3  and Sherry Marshall.  You don't need to turn over any other
 4  documents relating to any other people at this point because, as
 5  I said, I can't imagine this is going forward as a class action.
 6          So how long will it take you to turn those over to
 7  him?
 8          MR. KANE:  I'll have to confer with my client on that
 9  front, your Honor, but I would think we could turn them over by
10  the end of October, if that's acceptable.
11          THE COURT:  That's a joke; right?
12          MR. KANE:  Okay.  We can move quicker if that's --
13          THE COURT:  Yes, you can.  This is ridiculous.  Get
14  the -- this is a 2010 case.  Get the documents relating to his
15  client; turn the documents relating to his client over to him in
16  two weeks.
17          MR. KANE:  Yes, your Honor.
18          THE COURT:  Then find out to whom or what your client
19  is making payments -- I assume your client is still making
20  payments?
21          MR. DIDAK:  That's correct, your Honor.
22          THE COURT:  Okay.  Whatever you're doing with the
23  money, which you say is sending it to Bank of America, find out
24  exactly to what address and what person or how it's being routed
25  to Bank of America and tell this gentleman -- did you say Kim?
```

12

```
 1          THE COURT:  All right.  Anything else?
 2          MR. DIDAK:  No, your Honor.
 3          THE COURT:  Okay.  Thank you.
 4
 5                (Proceedings adjourned at 1:49 p.m.)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE OF OFFICIAL REPORTER

COUNTY OF LOS ANGELES )
                      )
STATE OF CALIFORNIA   )

I, Pamela A. Batalo, Federal Official Realtime Court Reporter, Registered Professional Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 18, United States Code, that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  September 27, 2011

/s/ Pamela A. Batalo
Pamela A. Batalo, CSR No. 3593, FCRR, RPR
Federal Official Court Reporter

# Exhibit B

1

```
                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

                                ---

              HONORABLE DALE S. FISCHER JUDGE PRESIDING

                                ---




    MARC MATA, et al,                    )
                                         )
                                         )
                                         )
                        Plaintiffs,      )
                                         )No. CV-10-9167DSF
              VS                         )
                                         )
    CITIMORTGAGE, INC,                   )
    A New York corporation, et al,       )
                                         )
                                         )
                        Defendants.      )
                                         )



                    Reporter's Transcript of Proceedings
                            Motion Hearing
                         Los Angeles, California
                          Monday, March 5, 2012





                    ANNE KIELWASSER, CSR, RPR
                    Federal Official Court Reporter
                    312 North Spring Street, Room 432
                    Los Angeles, California 90012
                      Telephone: (213) 894-2969
                       annekielwasser@gmail.com
                          AKtranscripts.com
```

UNITED STATES DISTRICT COURT

```
 1                    A P P E A R A N C E S

 2

 3     ON BEHALF OF THE PLAINTIFFS:

 4     MARK FREDERICK DIDAK
       Arias Ozzello & Gignac LLP
 5     6701 Center Drive West
       Suite 1400
 6     Los Angeles, CA 90045
       310-670-1600
 7     Fax:  310-670-1231
       Email:  Mfdidak@aogllp.com
 8

 9


10     ON BEHALF OF THE DEFENDANT CitiMortgage, Inc.:

11
       ELIZABETH D MANN
12     STEVEN E RICH
       Mayer Brown LLP
13     350 South Grand Avenue
       25th Floor
14     Los Angeles, CA 90071-1503
       213-229-9500
15     Fax:  213-625-0248
       Email:  Emann@mayerbrown.com
16


17     ON BEHALF OF Defendant
       Bank of America NA:
18

19     DAVID S REIDY
       Reed Smith LLP
20     101 Second Street
       Suite 1800
21     San Francisco, CA 94105-3659
       415-543-8700
22     Fax:  415-391-8269
       Email:  Dreidy@reedsmith.com
23

24

25
```

```
 1   MONDAY, MARCH 5, 2012                                  1:18 P.M.
 2                              ~ ~ ~
 3                        P R O C E E D I N G S
 4                              ~ ~ ~
 5          COURT CLERK:  Calling Item No. 11.  CV-10-9167.
 6   Marc Mata versus CitiMortgage.
 7          MR. DIDAK:  Good afternoon, Your Honor.  Mark
 8   Didak for the plaintiffs.
 9          MS. MANN:  Good afternoon, Your Honor.  Elizabeth
10   Mann and Steven Rich, Mayer Brown for CitiMortgage.
11          MR. PINGEL:  Good afternoon, Your Honor.  John
12   Pingel of Reed Smith on behalf of defendant, Bank of America
13   National Association.
14          THE COURT:  Are you the attorney who was here at
15   the last hearing?
16          MR. PINGEL:  No, I'm not, Your Honor.
17          THE COURT:  I didn't think so.  Why is he not
18   here?
19          MR. PINGEL:  He -- I'm the one that's handling
20   this from the beginning.  I'm primarily responsible.
21          THE COURT:  Then, why weren't you here last time?
22          MR. PINGEL:  Raymond Kim was -- perhaps it was an
23   oversight, Your Honor.  I'm happy to be here today to do
24   anything.
25          THE COURT:  It's not terribly relevant whether
```

1    document that I should be relying on for a motion to dismiss.
2    So, I don't know what that suggests about getting the other
3    information.  Perhaps at this point it's best to just go
4    forward with the regular discovery process.
5             I guess, just before I let you argue as an
6    aside, I'm not at all sure that this is an appropriate case
7    for a class action, and certainly not at all sure that these
8    two plaintiffs are appropriate plaintiffs considering all
9    that's gone on so far.  It seems that they would be certainly
10   distracted by issues that probably don't apply to other
11   potential plaintiffs.  And at least as an aside also, under
12   rule 19-1 of the Court, can't have any more than 10 Does.  So
13   Does 11 through 500 are dismissed.
14             I'll hear from -- I assume the defendants
15   would like to -- I see, you've changed that already it looks
16   like.
17             I'll hear from the defendants if you wish to
18   be heard.
19             MS. MANN:  I do, Your Honor.  Thank you.
20             MR. DIDAK:  Your Honor, just a point of
21   clarification, is 38 E, H, J, K, N -- and what else?  That
22   the Court is inclined to dismiss.
23             THE COURT:  E, H, J, K, M and N.
24             MR. DIDAK:  Yes, ma'am.
25             MS. MANN:  Your Honor, if I understand the way

1    MS. MANN: Not whether or not a class ought to be
2    certified, but whether the Court's inclination that this is
3    not a proper class case at all, notwithstanding whether they
4    have typicality and numerosity in the class factors.
5             If this is in the individual case, then we'll
6    do individual discovery, and we'll file summary judgment
7    motions, and the case will resolve itself like all do.
8             THE COURT: Well, there is a process, I believe,
9    for the defense to file a motion that it not be determined to
10   be a class case.
11            MS. MANN: Yes.
12            THE COURT: That probably makes more sense than
13   waiting around for Mr. Didak to get around to filing his
14   class certification motion, because for that he is going to
15   want discovery, maybe, may want discovery in response to your
16   motion if you were to file one as well; although, my comments
17   were relating, really, I suppose to the adequacy or
18   typicality or whatever that catchword is as to the
19   plaintiffs --
20            MS. MANN: So, having said all -- I mean, I
21   understand what the Court said. I think, obviously others
22   should get to talk.
23            THE COURT: Well, and as I'm looking at this
24   report, which was filed, you're correct, a year ago. So, I
25   was off a year in my looking at the docket. Either it's

UNITED STATES DISTRICT COURT

41

```
 1    No. 10 are gone.
 2              THE COURT:  Okay, thank you.
 3              (Proceedings concluded at 2:25 p.m.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E

 2    I hereby certify that the foregoing is a true and correct

 3    transcript of the stenographically recorded proceedings in

 4    the above matter.

 5    Fees charged for this transcript, less any circuit fee

 6    reduction and/or deposit, are in conformance with the

 7    regulations of the judicial conference of the United States.

 8

 9

10    /S/Anne Kielwasser                    03/12/2012

11    Anne Kielwasser, CSR, RPR             Date
      Official Court Reporter
```